```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 05467
   VIOLA P PRICE
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

        Debtor
  SSN XXX-XX-2139

-------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
     The case was filed on 02/17/2005 and was confirmed 05/05/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  38.00%.

     The case was paid in full 07/14/2008.
-------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
-------------------------------------------------------------------------
CITIMORTGAGE INC          CURRENT MORTG        .00             .00           .00
GGE CARD SERVICES         SECURED           100.00            1.33        100.00
ECAST SETTLEMENT CORP     UNSECURED OTH    1761.32             .00        668.71
AMERICAN GENERAL FINANCE  NOTICE ONLY    NOT FILED             .00           .00
*AMERICAN GENERAL FINANC  UNSECURED       2894.18              .00       1098.81
WORLD FINANCIAL NETWORK   UNSECURED OTH    650.80              .00        247.08
ECAST SETTLEMENT CORP     UNSECURED       1973.86              .00        749.40
ECAST SETTLEMENT CORP     UNSECURED       1382.09              .00        524.72
ECAST SETTLEMENT CORP     UNSECURED        925.49              .00        351.38
RESURGENT ACQUISITION LL  UNSECURED       4504.16              .00       1711.58
ECAST SETTLEMENT CORP     UNSECURED       4959.00              .00       1884.42
CITIBANK                  UNSECURED       1537.91              .00        583.89
JAMES G UZZELL            DEBTOR ATTY     1,474.00                       1,474.00
TOM VAUGHN                TRUSTEE                                          567.15
DEBTOR REFUND             REFUND                                           258.53

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE             10,221.00

PRIORITY                                        .00
SECURED                                      100.00
    INTEREST                                   1.33
UNSECURED                                  7,819.99
ADMINISTRATIVE                             1,474.00
TRUSTEE COMPENSATION                         567.15
DEBTOR REFUND                                258.53
                    ---------------       ---------------
TOTALS              10,221.00             10,221.00


                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 05467 VIOLA P PRICE
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

    Dated: 10/29/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 05467 VIOLA P PRICE